THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SALVATORE DEMASCO, Appellant.

*Crimes — burglary in third degree and larceny in first degree — judgment of conviction affirmed.*

*People* v. *Demasco*, 215 App. Div. 829, affirmed.

(Argued September 29, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1926, which affirmed a judgment of the Nassau County Court rendered upon a verdict convicting the defendant of the crimes of burglary in the third degree and larceny in the first degree.

*Joseph Lonardo* for appellant.

*Elvin N. Edwards, District Attorney* (*Charles I. Wood* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.